UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| LORETTA COSTELLO, | ) |
|         Plaintiff, | ) Case No.: 10-1288-JWL-KMH |
| vs. | ) PLAINTIFF'S COMPLAINT |
| | ) AND DEMAND FOR JURY TRIAL |
| AMERASSIST A/R SOLUTIONS, | ) |
|        Defendant. | ) |

## VERIFIED COMPLAINT

LORETTA COSTELLO, ("Plaintiff"), through the undersigned counsel, ALEX SIMANOVSKY & ASSOCIATES, LLC, alleges the following against AMERASSIST A/R SOLUTIONS, ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

1

## PARTIES

6. Plaintiff is a natural person residing in Salina, Saline County, Kansas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company, with its corporate office located at: Amerassist A/R Solutions, 460 Polaris Parkway, Westerville, Delaware County, Ohio 43082.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

### A. DEBT

11. Plaintiff incurred a financial obligation to Salina Regional Hospital (the "Creditor") in connection with a personal credit card.

12. The Debt arose from services allegedly provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. §1692a(5).

13. The debt was incurred in December 2008.

14. Plaintiff signed release papers when she picked up her son, Shaun Costello, from Salina Regional Hospital. Defendant began calling her and demanding she pay the outstanding hospital bill when they could not reach Mr. Costello.

15. The Debt was purchased, assigned or transferred to Amerassist A/R Solutions for

collection, or Amerassist A/R Solutions was employed by the Creditor to collect the Debt.

16. The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. §1692a(2).

### B. HARASSMENT AND ABUSIVE TACTICS

17. Defendant calls Plaintiff from telephone number 614-848-9800 seeking and demanding payment for the alleged debt.

18. Defendant has caused Plaintiff's personal phone to ring and has engaged Plaintiff in telephone conversations repeatedly.

19. Defendant began calling in 2008.

20. Defendant did not send Plaintiff a validation letter.

21. Defendant refuses to disclose any details about the alleged debt, including the debt's specific amount.

22. Defendant frequently resorts to screaming while in communication with Plaintiff.

23. Plaintiff's husband, Marselino Costello, has diabetes and high blood pressure. Speaking with Defendant once aggravated his condition.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

24. Defendant violated the FDCPA based on the following:

   a.) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b.) Defendant violated *§1692b(1)* of the FDCPA by contacting persons other than Plaintiff and failing to identify him/herself and failing to state the he/she

3

is confirming or correcting location information concerning Plaintiff.

c.) Defendant violated *§1692b(2)* of the FDCPA by stating that the Plaintiff owes a debt in communications with persons other than Plaintiff.

d.) Defendant violated *§1692g* of the FDCPA by failing to send Plaintiff a validation notice within five days of the initial communication.

e.) Defendant violated *§1692g(b)* of the FDCPA by continuing with collection attempts on the alleged debt before the debt has been validated.

f.) Defendant violated *§1692d(2)* of the FDCPA by resorting to profane or abusive language.

WHEREFORE, Plaintiff, LORETTA COSTELLO, respectfully requests judgment be entered against Defendant, AMERASSIST A/R SOLUTIONS, for the following:

a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

b. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

c. Actual damages,

d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

e. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, LORETTA COSTELLO, demands a jury trial in this case.

[ELECTRONIC SIGNATURE ON FOLLOWING PAGE]

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designated Wichita as place of trial.

This 26th day of August 2010.

                                            RESPECTFULLY SUBMITTED

                                            THE PROBST LAW FIRM, P.A.

                                  BY:   /s/ Raymond E. Probst Jr.
                                                  Raymond E. Probst, Jr.
                                                  KS Bar No. 20370
                                                  Attorney for Plaintiff
                                                  827 Armstrong Avenue
                                                  Kansas City, KS  66101

Of Counsel to:                                 (913) 281-0699
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com