# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LORETTA COSTELLO, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMERASSIST A/R SOLUTIONS, )<br>)<br>Defendant. )<br>_____) | Case No. 10-1288-WEB |

## ORDER

On January 13, 2011, Magistrate Judge Humphreys issued an Order to Show Cause (Doc. 4) for the plaintiff to show cause why this case should not be dismissed for lack of prosecution. The order set January 24, 2011 as the deadline for such a response pursuant to D. Kan. Rule 41.1.

D. Kan. Rule 41.1 provides that "[a]t any time, the court may issue an order to show cause why a case should not be dismissed for lack of prosecution. If good cause is not shown within the time prescribed by the show cause order, the court may enter an order of dismissal. The dismissal will be with prejudice unless the court otherwise specifies."

As of the date of this order, the Plaintiff has not filed a response to the Order to Show Cause.

IT IS THEREFORE ORDERED that in accordance with D. Kan. Rule 41.1 that this action be dismissed with prejudice.

IT IS SO ORDERED this 31st day of January, 2011, in Wichita, Kansas.

 s/ Wesley E. Brown

Wesley E. Brown

U.S. Senior District Judge